AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 12, 2024**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| MARK C. <br> *Plaintiff* <br> v. <br><br> MARTIN O'MALLEY, <br> COMMISSIONER OF SOCIAL SECURITY <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.   1:24-CV-03085-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's Stipulated Motion for Remand, ECF No. 7 is GRANTED. This case is REVERSED and REMANDED for
further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   LONNY R. SUKO _____ on a Stipulated Motion for Remand.

Date:   8/12/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham